#60634

06-62433   DEBBIE JACKSON
           CREDITOR DID NOT CASH CHECK
           CHECK #428820 FOR $8.22
           RBC
           PO BOX 1548
           MANSFIELD, OH  44901

05-60784   BRIAN LAPIKAS
           KARIE LAPIKAS
           CREDITOR DID NOT CASH CHECK
           CHECK #428821 FOR $4.14
           IONICS INC
           5775 LSA POSITAS RD
           LIVERMORE, CA  94551-7819

05-61479   ROBERT KELLEY
           JULIE KELLEY
           CREDITOR DID NOT CASH CHECK
           CHECK #428822 FOR $11.49
           ALLTEL
           ONE ALLIED DR B5
           THIRD FLOOR
           LITTLE ROCK AR  72202

